UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CITY OF KENNER | * | CIVIL ACTION NO. 21-445 |
| *Plaintiffs* | * | SECTION: "T"(3) |
| | * | |
| VERSUS | * | JUDGE GREGORY GUIDRY |
| | * | |
| NETFLIX, INC. AND HULU, LLC | * | MAG. JUDGE DANA DOUGLAS |
| *Defendants* | * | |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Joint Motion for Extensions of Time (R. Doc. 6),

**IT IS ORDERED** that the motion is GRANTED. Defendants, Hulu, LLC and Netflix, Inc. are hereby granted a 60 day extension of time, until May 10, 2021, to file responsive pleadings in this case, including but not limited to Rule 12 motions, if any. Plaintiff, City of Kenner, for good cause shown, is hereby granted a 180-day extension of time, until and including December 1, 2021, to file its motion for class certification.

Thus done and signed this 12th day of March, 2021.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE