UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CITY OF KENNER**<br>　　　　**Plaintiff,**<br><br>**VERSUS**<br><br>**NETFLIX, INC. AND HULU, LLC**<br>　　　　**Defendants.** | **CIVIL ACTION NO. 21-445**<br><br>**SECTION: "T"(3)**<br><br>**JUDGE GREG G. GUIDRY**<br><br>**MAG. JUDGE DANA DOUGLAS** |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that undersigned counsel for Plaintiff, City of Kenner, will submit the accompanying Motion for Remand before the Honorable Greg G. Guidry, United States District Judge for the Eastern District of Louisiana, assigned to this matter, at 500 Poydras St., New Orleans, Louisiana 70130, on the next available submission date of April 28, 2021, at 10:00 a.m.

Respectfully submitted:

**BRUNO & BRUNO, LLP**

*/s/ Joseph M. Bruno*
JOSEPH M. BRUNO, SR. (La. Bar # 3604)
DANIEL A. MEYER (La. Bar # 33278)
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 562-6775
jbruno@brunobrunolaw.com
dmeyer@brunobrunolaw.com


Malvern C. Burnett
Malvern C. Burnett, APLC
1523 Polymnia Street
New Orleans, LA 70130

1

       Telephone: (504) 586-1922
       Email: mburnett@burnettlawoffices.com


       Joshua C. Joseph
       Joshua Joseph Law Firm, LLC
       1523 Polymnia Street
       New Orleans, LA 70130
       Telephone: (504) 208-9922
       Email: joshuajosephlawfirm@gmail.com


       Elkin L. Kistner, *Pro Hac Vice*
       Bick & Kistner, P.C.
       101 South Hanley Road, Suite 1280
       St. Louis, Missouri 63105
       Telephone:  (314) 571-6823
       Facsimile:  (314) 727-9071
       E-mail: elkinkis@bick-kistner.com


## **CERTIFICATE OF SERVICE**

I hereby certify that on this April 2, 2021, a copy of the above and foregoing motion and attachments has been served by this Court's CM/ECF Filing Service, or via United States Mail, properly addressed, postage prepaid, or via electronic transmission, to all counsel of record.

                                                           */s/ Joseph M. Bruno*
                                                           Joseph M. Bruno