# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CITY OF KENNER**<br>                    **Plaintiff,** | **CIVIL ACTION NO. 21-445** |
| | **SECTION:  "T"(3)** |
| **VERSUS** | **JUDGE GREG G. GUIDRY** |
| **NETFLIX, INC. AND HULU, LLC**<br>                    **Defendants.** | **MAG. JUDGE DANA DOUGLAS** |

## <u>ORDER</u>

In consideration of the foregoing <u>Plaintiff City of Kenner's Motion for Leave to File Notice of Supplemental Authority</u>,

**IT IS ORDERED** that leave is hereby Granted, and the attached Notice of Supplemental Authority shall be filed in the record.

New Orleans, Louisiana, this _____ day of _____, 2021.

_____
**HON. GREG G. GUIDRY**
**UNITED STATES DISTRICT JUDGE**