UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CITY OF KENNER**<br>            **Plaintiff,**<br><br>**VERSUS**<br><br>**NETFLIX, INC. AND HULU, LLC**<br>            **Defendants.** | **CIVIL ACTION NO. 21-445**<br><br>**SECTION: "T"(3)**<br><br>**JUDGE GREG G. GUIDRY**<br><br>**MAG. JUDGE DANA DOUGLAS** |

**PLAINTIFF CITY OF KENNER'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff, City of Kenner, with respect submits the attached Notice of Supplemental Authority to update the authority cited in their Motion for Remand (R. Doc. 21).

In its motion, City of Kenner cited *City of Fishers, et al. v. Netflix, Inc., et al.*, --- F. Supp. ---, 2020 WL 6778426 (S.D. In. 11/18/20), in support of remand based on abstention principles. In the Defendants' Opposition to Remand (R. Doc. 26), defendants state "Plaintiff asserts the Court can simply follow the Missouri and Indiana district courts. But the Indiana remand decision has been appealed to the Seventh Circuit Court of Appeals, which will hold oral argument on the applicability of comity-based abstention to substantially similar claims against Defendants…"[1]

The U.S. Court of Appeals for the Seventh Circuit has since ruled on the above-mentioned appeal in the matter of *City of Fishers, Indiana, et al v. DirecTV, et al.*, Case No. 20-3478 (7th Cir. 7/21/2021), affirming the order of the U.S. District Court for the Southern District of Indiana remanding the case based on principles of abstention under *Levin v. Commerce Energy, Inc.*, 560 U.S. 413 (2010), and like cases.

---

[1] R. Doc. 26, at p. 6.

1

Respectfully submitted:

**BRUNO & BRUNO, LLP**

 */s/ Daniel A. Meyer*
JOSEPH M. BRUNO, SR. (La. Bar # 3604)
DANIEL A. MEYER (La. Bar # 33278)
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 562-6775
jbruno@brunobrunolaw.com
dmeyer@brunobrunolaw.com


Malvern C. Burnett
Malvern C. Burnett, APLC
1523 Polymnia Street
New Orleans, LA 70130
Telephone: (504) 586-1922
Email: mburnett@burnettlawoffices.com


Joshua C. Joseph
Joshua Joseph Law Firm, LLC
1523 Polymnia Street
New Orleans, LA 70130
Telephone: (504) 208-9922
Email: joshuajosephlawfirm@gmail.com


Elkin L. Kistner, *Pro Hac Vice*
Bick & Kistner, P.C.
101 South Hanley Road, Suite 1280
St. Louis, Missouri 63105
Telephone:  (314) 571-6823
Facsimile:  (314) 727-9071
E-mail: elkinkis@bick-kistner.com


## **CERTIFICATE OF SERVICE**

  I hereby certify that on this July 27, 2021, a copy of the above and foregoing motion and attachments has been served by this Court's CM/ECF Filing Service, or via United States Mail, properly addressed, postage prepaid, or via electronic transmission, to all counsel of record.

            */s/ Daniel A. Meyer*
            DANIEL A. MEYER