**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CITY OF KENNER** <br> **Plaintiff,** | **CIVIL ACTION NO. 21-445** |
| | **SECTION: "T"(3)** |
| **VERSUS** | |
| | **JUDGE GREG G. GUIDRY** |
| **NETFLIX, INC. AND HULU, LLC** <br> **Defendants.** | **MAG. JUDGE DANA DOUGLAS** |

---

**PLAINTIFF CITY OF KENNER'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff, City of Kenner, with respect submits the attached Notice of Supplemental Authority to update the authority cited in their Motion for Remand (R. Doc. 21).

In its motion for remand, City of Kenner argued this case should be remanded based on principles of abstention under *Levin v. Commerce Energy, Inc.*, 560 U.S. 413 (2010).

The United States District Court for Northern District of Georgia, in the matter of *Gwinnett County, Georgia, et al v. Netflix, Inc., et al.*, Case No. 1:21-cv-21, recently entered an order remanding that case to Georgia State Courts based on arguments and legal principles analogous to those put forth by the plaintiff in this case.

Respectfully submitted:

**BRUNO & BRUNO, LLP**

 */s/ Daniel A. Meyer*
JOSEPH M. BRUNO, SR. (La. Bar # 3604)
DANIEL A. MEYER (La. Bar # 33278)
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 562-6775
jbruno@brunobrunolaw.com
dmeyer@brunobrunolaw.com

1

Malvern C. Burnett
Malvern C. Burnett, APLC
1523 Polymnia Street
New Orleans, LA 70130
Telephone: (504) 586-1922
Email: mburnett@burnettlawoffices.com


Joshua C. Joseph
Joshua Joseph Law Firm, LLC
1523 Polymnia Street
New Orleans, LA 70130
Telephone: (504) 208-9922
Email: joshuajosephlawfirm@gmail.com


Elkin L. Kistner, *Pro Hac Vice*
Bick & Kistner, P.C.
101 South Hanley Road, Suite 1280
St. Louis, Missouri 63105
Telephone:  (314) 571-6823
Facsimile:  (314) 727-9071
E-mail: elkinkis@bick-kistner.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this August 12, 2021, a copy of the above and foregoing motion and attachments has been served by this Court's CM/ECF Filing Service, or via United States Mail, properly addressed, postage prepaid, or via electronic transmission, to all counsel of record.

*/s/ Daniel A. Meyer*
DANIEL A. MEYER