## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CITY OF KENNER**<br>          **Plaintiff,**<br><br>     **VERSUS**<br><br>**NETFLIX, INC. AND HULU, LLC**<br>          **Defendants.** | **CIVIL ACTION NO. 21-445**<br><br>**SECTION: "T"(3)**<br><br>**JUDGE GREG G. GUIDRY**<br><br>**MAG. JUDGE DANA DOUGLAS** |

## ORDER

In consideration of the foregoing Plaintiff City of Kenner's Motion for Leave to File Notice of Supplemental Authority,

**IT IS ORDERED** that leave is hereby Granted, and the attached Notice of Supplemental Authority shall be filed in the record.

New Orleans, Louisiana, this _____ day of _____, 2021.

                                                  **HON. GREG G. GUIDRY**
                                                **UNITED STATES DISTRICT JUDGE**