UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CITY OF KENNER | * | CIVIL ACTION NO. 21-445 |
| *Plaintiffs* | * | SECTION: "T" (3) |
| | * | |
| VERSUS | * | JUDGE GREG G. GUIDRY |
| | * | |
| NETFLIX, INC. AND HULU, LLC | * | MAG. JUDGE DANA DOUGLAS |
| *Defendants* | * | |

\* \* \* \* \* \* \* \* \* \* \*

# ORDER

Considering the Joint Motion for Extension of Time (R. Doc. 52),

IT IS ORDERED that the motion is **GRANTED**. Defendants, Hulu, LLC and Netflix, Inc. are granted a 60-day extension of time from Thursday October 7, 2021, until Monday December 6, 2021, to file responsive pleadings in this case, including but not limited to Rule 12 motions, if any; and Plaintiff is granted a ninety (90) day extension of time from December 1, 2021, to March 1, 2022, for Plaintiff to move to certify a class action under LR 23.1(B).

Thus, done and signed this 23rd day of September, 2021.

_____
JUDGE